# United States District Court Violation Notice

**CVB Location Code:** EC-11
**Violation Number:** 6804220
**Officer Name (Print):** GRIFFIN
**Officer No.:** G7251

## YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

**Date and Time of Offense (mm/dd/yyyy):** 10/23/2016 0239
**Offense Charged:** ☒ State Code — NCGS 20-138.1
**Place of Offense:** ACP5 - All American Expy
**Offense Description: Factual Basis for Charge:** DWI

6804220

## DEFENDANT INFORMATION

**Last Name:** GORDON
**First Name:** BRITTANY
**M.I.:** L
**City:** CARTHAGE
**State:** NC
**Zip Code:** 28327

REDACTED VERSION
Pursuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal.

**PAY THIS AMOUNT →** $

+ $30 Processing Fee
Total Collateral Due

## YOUR COURT DATE

**Court Address:** 201 South Evans St, Greenville, NC 27858
**Date (mm/dd/yyyy):** 11/02/2016
**Time (hh:mm):** 0800

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature

(Rev. 09/2015)    Original - CVB Copy

Case 5:16-mj-01910-RN  Document 1  Filed 10/24/16  Page 1 of 2

(For issuance of an arrest warrant or summons)

I state that on 23 Oct, 20 16 while exercising my duties as a law enforcement officer in the _____, District of _____

Eastern NC

AT 0240 HRS, 23 OCT 16, S-17 GRIFFIN WHILE CONDUCTING DWI ENFORCEMENT AT ACP 5, ALL AMERICAN EXPRESSWAY, INSPECTED A 2012 HONDA CIVIC, NC/CES5910, OPERATED BY GORDON. UPON APPROACH OF THE VEHICLE, GRIFFIN DETECTED AN ODOR OF ALCOHOL EMITTING FROM GORDON PERSON. STANDARDIZED FIELD SOBRIETY TESTS WERE CONDUCTED WHICH WARRANTED FURTHER ACTION. GORDON WAS APPREHENDED, TRANSPORTED TO THE FORT BRAGG LAW ENFORCEMENT CENTER AND ADMINISTERED AN INTOX EC/IR II TEST, RESULTING IN (.13% AC). GORDON WAS ISSUED ONE CITATION WITH HER MANDATORY COURT APPEARANCE AT 0800 HRS, 02 NOV 16 AT GREENVILLE COURTHOUSE.

The foregoing statement is based upon:
☐ my personal observation
☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 10/23/2016
Date (mm/dd/yyyy)     Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)     U.S. Magistrate Judge

**HAZMAT** = Hazardous material involved in incident; **PASS** = 9 or more passenger vehicle; **CDL** = Commercial drivers license; **CMV** = Commercial vehicle involved in incident